Laura G. Amadon (SBN 321524)
ALLEN OVERY SHEARMAN STERLING US LLP
1460 El Camino Real, 2nd Floor
Menlo Park, CA 94025
Tel: (650) 838-3600
laura.amadon@aoshearman.com

Adam S. Hakki (*pro hac vice application forthcoming*)
ALLEN OVERY SHEARMAN STERLING US LLP
599 Lexington Ave.
New York, NY 10022
Tel.: (212) 848-4000
Fax: (212) 848-7179
adam.hakki@aoshearman.com

Lyle Roberts (*pro hac vice application forthcoming*)
ALLEN OVERY SHEARMAN STERLING US LLP
1101 New York Ave., N.W.
Washington, D.C. 20005
Tel.: (202) 508-8108
Fax: (202) 683-3999
lyle.roberts@aoshearman.com

*Counsel for Defendants*

[ADDITIONAL COUNSEL ON SIGNATURE PAGE]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY E. DARCY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PAYPAL HOLDINGS, INC., JAMES ALEXANDER CHRISS, JAMIE S. MILLER, FRANK KELLER, and DIEGO SCOTTI,<br><br>Defendants. | Case No.: 3:26-cv-01589-JSC<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT AND CONTINUING CASE MANAGEMENT CONFERENCE DEADLINES**<br><br>Judge: Hon. Jacqueline Scott Corley |

STIP. & [~~PROPOSED~~] ORDER RE:                                          CASE NO. 3:26-CV-01589-JSC
CASE SCHEDULE

Plaintiff Timothy E. Darcy ("Plaintiff") and Defendants PayPal Holdings, Inc., James Alexander Chriss, Jamie S. Miller, Frank Keller, and Diego Scotti (collectively "Defendants" and together with Plaintiff, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows and jointly request that the Court enter the below Order approving this Stipulation.

**WHEREAS,** on February 24, 2026, Plaintiff filed the Complaint for Violations of the Federal Securities Laws (the "Complaint," Dkt. No. 1) in the above-captioned action, asserting claims under federal securities laws that are governed by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), *see* 15 U.S.C. § 78u-4, *et seq.*;

**WHEREAS,** Defendants hereby stipulate to and waive service of the Complaint effective the date of this filing;

**WHEREAS,** the PSLRA provides for the appointment of lead plaintiff and lead counsel, *see* 15 U.S.C. § 78u-4(a)(3);

**WHEREAS,** the PSLRA requires that, not later than 20 days after the date on which a securities class action is filed, the plaintiff shall cause notice to be published advising members of the purported plaintiff class of the pendency of the action, the claims asserted therein, the purported class period, and that any member of the class may move the Court to serve as lead plaintiff of the purported class, *see* 15 U.S.C. § 78u-4(a)(3)(A)(i);

**WHEREAS,** the Parties expect an amended or consolidated complaint will be filed or the initial Complaint will be designated the operative complaint after the determination of any lead plaintiff motion(s) in this action by the Court-appointed lead plaintiff;

**WHEREAS,** Defendants anticipate filing a motion to dismiss the claims asserted against them in response to such operative complaint;

**WHEREAS,** the PSLRA provides that "all discovery and other proceedings shall be stayed during the pendency of any motion to dismiss, unless the court finds upon the motion of any party that particularized discovery is necessary to preserve evidence or to prevent undue prejudice to that party," 15 U.S.C. § 78u-4(a)(3)(B)(iv);

**WHEREAS,** on February 25, 2026, the Court issued an Order Setting Initial Case Management Conference and ADR Deadlines, setting the Initial Case Management Conference for May 27, 2026, and setting various deadlines for the Parties to complete ADR certifications and disclosures contemplated by Federal Rule of Civil Procedure 26 (Dkt. No. 4);

**WHEREAS,** the Parties respectfully submit that good cause exists to extend Defendants' deadline to respond to the current Complaint and to continue the existing Initial Case Management Conference and associated deadlines, including ADR deadlines, until a date that is convenient for the Court following resolution of Defendants' anticipated motion(s) to dismiss, if such a conference is necessary.

**IT IS ACCORDINGLY STIPULATED,** by and between the undersigned counsel for the Parties, that:

1. Defendants' time to answer, move, or otherwise respond to any complaint in this action is stayed pending appointment of a lead plaintiff and lead counsel.

2. Within fourteen (14) days after the entry of an order appointing a lead plaintiff and lead counsel in the action, the lead plaintiff and Defendants shall meet and confer and propose a schedule to the Court for the filing of an amended or consolidated complaint, or designation of an operative complaint, and the response thereto.

3. The Initial Case Management Conference scheduled for May 27, 2026, shall be continued, along with all associated deadlines under the Federal Rules of Civil Procedure and the Local Civil Rules for the United States District Court for the Northern District of California and all associated ADR deadlines, until a date that is convenient for the Court following resolution of the anticipated motion to dismiss, if such a conference is necessary.

Dated: March 10, 2026                              Respectfully submitted,

/s/ Adam M. Apton                                  /s/ Laura G. Amadon
Adam M. Apton (SBN 316506)                         Laura G. Amadon (SBN 321524)
1160 Battery Street, Suite 100                     1460 El Camino Real, 2nd Floor
San Francisco, CA 94111                            Menlo Park, CA 94025
Tel.: (415) 373-1671                               Tel: (650) 838-3600
aapton@zlk.com                                     laura.amadon@aoshearman.com

LEVI & KORSINSKY LLP                               Adam S. Hakki (*pro hac vice application
                                                   forthcoming*)
*Attorney for Plaintiff*                           599 Lexington Ave.
                                                   New York, NY 10022
                                                   Tel.: (212) 848-4000
                                                   adam.hakki@aoshearman.com

                                                   Lyle Roberts (*pro hac vice application
                                                   forthcoming*)
                                                   1101 New York Ave., N.W.
                                                   Washington, D.C. 20005
                                                   Tel.: (202) 508-8108
                                                   lyle.roberts@aoshearman.com

                                                   ALLEN OVERY SHEARMAN
                                                   STERLING US LLP

                                                   *Attorneys for Defendants*

STIP. & [~~PROPOSED~~] ORDER RE:                   CASE NO. 3:26-CV-01589-JSC
CASE SCHEDULE                        3

**[~~PROPOSED~~] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March 12, 2026

_____
HON. JACQUELINE SCOTT CORLEY
UNITED STATES DISTRICT JUDGE