**ALLEN OVERY SHEARMAN STERLING US LLP**
Laura G. Amadon, SBN 321524
1460 El Camino Real, 2nd Floor
Menlo Park, CA 94025
Telephone: (650) 838-3600
Email: laura.amadon@aoshearman.com

Adam S. Hakki (admitted *pro hac vice*)
599 Lexington Ave.
New York, NY 10022
Telephone: (212) 848-4000
Email: adam.hakki@aoshearman.com

Lyle Roberts (admitted *pro hac vice*)
1101 New York Ave., N.W.
Washington, D.C. 20005
Telephone: (202) 508-8108
Email: lyle.roberts@aoshearman.com

*Counsel for Defendants PayPal Holdings,
Inc., James Alexander Chriss,
Jamie S. Miller, Frank Keller, and Diego Scotti*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TIMOTHY E. DARCY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PAYPAL HOLDINGS, INC., JAMES ALEXANDER CHRISS, JAMIE S. MILLER, FRANK KELLER, and DIEGO SCOTTI,<br><br>Defendants. | Case No.: 3:26-cv-01589-JSC<br><br>**UNOPPOSED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>(Civil L.R. 3-12 and 7-11) |

UNOPPOSED ADMIN. MOT.TO CONSIDER WHETHER CASES SHOULD BE RELATED:
Case Nos. 3:26-cv-01589-JSC; 5:26-cv-2849-PCP

Defendants James Alexander Chriss, Jamie S. Miller, Frank Keller, and Diego Scotti (collectively, the "Individual Defendants"), and Defendant PayPal Holdings, Inc. ("PayPal" or "the Company," and, with the Individual Defendants, the "Defendants") hereby submit this unopposed administrative motion pursuant to Civil Local Rules 3-12 and 7-11. Defendants respectfully request that this Court consider whether the following cases should be deemed related pursuant to Civil Local Rule 3-12(a):

1. ***Darcy v. PayPal Holdings, Inc. et al.***, No. 3:26-cv-01589-JSC (N.D. Cal.) (the "*Darcy* Action"), filed **February 24, 2026** (putative class action brought on behalf of shareholders of PayPal against the Company and certain current and former officers); and

2. ***Norfolk County Retirement System v. PayPal Holdings, Inc. et al***, No. 5:26-cv-02849-PCP (the "*Norfolk* Action"), filed **April 2, 2026**, and currently assigned to The Honorable P. Casey Pitts (putative class action brought on behalf of shareholders of PayPal against the Company and certain current and former officers).

As set forth in the accompanying Declaration of Lyle Roberts ("Roberts Decl."), this motion by Defendants is unopposed; counsel for plaintiff in the *Norfolk* Action has confirmed that they do not oppose this motion. Roberts Decl. ¶ 5.

The *Darcy* Action was filed in San Francisco on February 24, 2026, against PayPal and the Individual Defendants, alleging violations of §§10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") and Rule 10b-5, promulgated thereunder in connection with the Company's branded checkout growth. The *Norfolk* Action was filed in San Jose on April 2, 2026, against the same Defendants, asserting substantially the same core allegations concerning PayPal's branded checkout growth as are pleaded in the *Darcy* Action—including allegations that Defendants made actionably false and/or misleading statements regarding that growth—and advancing the same theory of liability and claims under the Exchange Act and Rule 10b-5 based on those allegations. *See* Roberts Decl., Exs. A-B. In sum, both the *Darcy* and *Norfolk* Actions:

1. Relate to the same core subject: the Company's branded checkout growth;

2. Allege the same or similar actionable statements and omissions;

3. Name the same Defendants; and

4.  Allege substantially the same legal theories and plead the same statutory claims under the Exchange Act and Rule 10b-5.

In light of the foregoing, it is clear that the *Darcy* Action and the *Norfolk* Action constitute "related cases," insofar as both "(1) . . . concern substantially the same parties, property, transaction or event; and (2) [i]t appears likely that there will be an unduly burdensome duplication of labor and expense . . . if the cases are conducted before different Judges." Civil L.R. 3-12(a)(1)&(2).

For the foregoing reasons, Defendants therefore submit that the *Darcy* Action and later-filed *Norfolk* Action should be deemed related cases pursuant to Civil Local Rule 3-12, and the *Norfolk* Action should be reassigned to The Honorable Jacqueline Scott Corley (to whom the *Darcy* Action, filed five weeks prior, has been assigned).

Dated: April 14, 2026                    Respectfully submitted,

                                         **ALLEN OVERY SHEARMAN STERLING US LLP**

                                         */s/ Laura G. Amadon*
                                         Laura G. Amadon, SBN 321524
                                         1460 El Camino Real, 2nd Floor
                                         Menlo Park, CA 94025
                                         Telephone: (650) 838-3600
                                         Email: laura.amadon@aoshearman.com

                                         Adam S. Hakki (admitted *pro hac vice*)
                                         599 Lexington Ave.
                                         New York, NY 10022
                                         Telephone: (212) 848-4000
                                         Email: adam.hakki@aoshearman.com

                                         Lyle Roberts (admitted *pro hac vice*)
                                         1101 New York Ave., N.W.
                                         Washington, D.C. 20005
                                         Telephone: (202) 508-8108
                                         Email: lyle.roberts@aoshearman.com

                                         *Counsel for Defendants PayPal Holdings, Inc., James Alexander Chriss, Jamie S. Miller, Frank Keller, and Diego Scotti*

UNOPPOSED ADMIN. MOT. TO CONSIDER WHETHER CASES SHOULD BE RELATED:
Case Nos. 3:26-cv-01589-JSC; 5:26-cv-2849-PCP

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 14, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the Electronic Mail Notice for this action.


*/s/ Laura G. Amadon*
Laura G. Amadon