**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TIMOTHY E. DARCY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PAYPAL HOLDINGS, INC., JAMES ALEXANDER CHRISS, JAMIE S. MILLER, FRANK KELLER, and DIEGO SCOTTI,<br><br>Defendants. | Case No.: 3:26-cv-01589-JSC<br><br>**[PROPOSED] ORDER**<br><br>The Hon. Jacqueline Scott Corley<br><br>(Civil L.R. 3-12 and 7-11) |
| NORFOLK COUNTY RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PAYPAL HOLDINGS, INC., JAMES ALEXANDER CHRISS, JAMIE S. MILLER, FRANK KELLER, and DIEGO SCOTTI,<br><br>Defendants. | Case No.: 5:26-cv-2849-PCP |

Upon consideration of the Unopposed Administrative Motion to Consider Whether Cases Should be Related, the Court HEREBY ORDERS:

1.      *Norfolk County Retirement System v. PayPal Holdings, Inc. et al*, No. 5:26-cv-02849-PCP (the "*Norfolk* Action"), filed on April 2, 2026, is deemed related to the previously filed *Darcy v. PayPal Holdings, Inc. et al.*, No. 3:26-cv-01589-JSC pursuant to Civil Local Rule 3-12.

2.      The *Norfolk* Action is hereby reassigned to the undersigned, The Honorable Jacqueline Scott Corley.

3.      Pursuant to Civil Local Rule 3-12(g), any Initial Case Management Conferences currently scheduled in the *Norfolk* Action will be rescheduled by this Court, and the parties shall adjust the dates for the conference, disclosures, and report required by Federal Rule Civil Procedure 16 and 26 accordingly.

**IT IS SO ORDERED.**

Dated: _____

_____
HON. JACQUELINE SCOTT CORLEY
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER