**LEVI & KORSINSKY, LLP**
Adam M. Apton (SBN 316506)
1160 Battery Street East, Suite 100
San Francisco, CA 94111
Tel: (415) 373-1671
Email: aapton@zlk.com

*Attorneys for Movant Emil Ivanov*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY E. DARCY, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> PAYPAL HOLDINGS, INC., JAMES ALEXANDER CHRISS, JAMIE S. MILLER, FRANK KELLER, and DIEGO SCOTTI, <br><br> Defendants. | Case No.: 3:26-cv-01589-JSC <br><br> **DECLARATION OF ADAM M. APTON IN SUPPORT OF EMIL IVANOV'S MOTION FOR: (1) CONSOLIDATION OF THE ACTIONS; (2) APPOINTMENT AS LEAD PLAINTIFF; AND (3) APPROVAL OF SELECTION OF COUNSEL** <br><br> Date:        June 11, 2026 <br> Time:       10:00 a.m. <br> Courtroom: 8-19th Floor <br> Judge:     Hon. Jacqueline Scott Corley |
| NORFOLK COUNTY RETIREMENT SYSTEM, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> PAYPAL HOLDINGS, INC., JAMES ALEXANDER CHRISS, JAMIE S. MILLER, FRANK KELLER, and DIEGO SCOTTI, <br><br> Defendants. | Case No.: 3:26-cv-02849-JSC |

I, Adam M. Apton, hereby declare as follows:

1.        I am a partner with the law firm of Levi & Korsinsky, LLP, counsel for Emil Ivanov ("Movant"), and a member in good standing for the bar of the State of California. I respectfully submit this declaration in support of Movant's Motion for Consolidation of the Actions, Appointment as Lead Plaintiff, and Approval of Selection of Counsel in the above-captioned actions (the "Actions"). This declaration is based on my own personal knowledge and/or the firm's records of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.        Attached hereto as **Exhibit A** is a true and correct copy of the sworn certification signed by Movant.

3.        Attached hereto as **Exhibit B** is a true and correct copy of the loss chart detailing Movant's losses as a result of his investment in PayPal Holdings, Inc.

4.        Attached hereto as **Exhibit C** is a true and correct copy of the press release originally published on February 17, 2026 on *Globe Newswire* announcing the pendency of the first-filed securities lawsuit.

6.        Attached hereto as **Exhibit D** is a true and correct copy of the Declaration signed by Movant in support of his lead plaintiff motion.

7.        Attached hereto as **Exhibit E** is a true and correct copy of the firm résumés of Levi & Korsinsky, LLP.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 20th day of April, 2026.


                                        */s/ Adam M. Apton*
                                        Adam M. Apton

DECLARATION OF ADAM M. APTON IN SUPPORT OF EMIL IVANOV'S MOTION FOR: (1) CONSOLIDATION OF THE ACTIONS; (2) APPOINTMENT AS LEAD PLAINTIFF; AND (3) APPROVAL OF SELECTION OF COUNSEL