# EXHIBIT B

| Client Name | Emil Ivanov |
|---|---|
| Company Name | PayPal Holdings, Inc. |
| Ticker Symbol | PYPL |
| Security Type | |
| Class Period Start | 02-08-2024 |
| Class Period End | 02-02-2026 |
| 90-DAY Lookback Period Start | 02-03-2026 |
| 90-DAY Lookback Period End | 04-19-2026 |
| 90-DAY Lookback Average | $ 44.64 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $101,170.29 |
| DURA LIFO* Total | $101,170.29 |
| Gross Shares Purchased | 3,000 |
| Net Shares Retained | 3,000 |
| Net Funds Expended | $223,810.29 |

| Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 10-28-2025 | 2200 | 76.74104 | $ 168,830.29 | 02-05-2026 | | 2200 | $ 40.88 | | $ 89,936.00 | 2200 | - | $ 44.64 | | $ 78,894.29 | $ 78,894.29 |
| 11-03-2025 | 400 | 69.44 | $ 27,776.00 | 02-05-2026 | | 400 | $ 40.88 | | $ 16,352.00 | 400 | - | $ 44.64 | | $ 11,424.00 | $ 11,424.00 |
| 11-03-2025 | 400 | 68.01 | $ 27,204.00 | 02-05-2026 | | 400 | $ 40.88 | | $ 16,352.00 | 400 | - | $ 44.64 | | $ 10,852.00 | $ 10,852.00 |
| Total: | 3,000 | | $223,810.29 | | | 3000 | | | $122,640 | 3,000 | | | | $101,170.29 | $101,170.29 |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure matched to intra-class period purchases.