# EXHIBIT C



*Source:* Levi & Korsinsky, LLP

*February 17, 2026 17:49 ET*

# SHAREHOLDER ALERT: Levi & Korsinsky, LLP Notifies Investors It Has Filed a Complaint to Recover Losses Suffered by Purchasers of PayPal Holdings, Inc. Common Stock and Sets a Lead Plaintiff Deadline of April 20, 2026

NEW YORK, Feb. 17, 2026 (GLOBE NEWSWIRE) -- The following statement is being issued by Levi & Korsinsky, LLP:

**To: All persons or entities who purchased or otherwise acquired common stock of PayPal Holdings, Inc. ("PayPal" or the "Company") (NASDAQ: PYPL) <u>between February 25, 2025, to February 2, 2026, inclusive.</u> <u>You are hereby notified</u>** that the class action lawsuit *Aaron B. Goodman v. PayPal Holdings, Inc., et al.* (Case No. 3:26-cv-01381) has been commenced in the United States District Court for the Northern District of California. To get more information **go to:**

[https://zlk.com/pslra-1/paypal-holdings-inc-lawsuit-submission-form](https://zlk.com/pslra-1/paypal-holdings-inc-lawsuit-submission-form)

or contact Joseph E. Levi, Esq. either via email at [jlevi@levikorsinsky.com](mailto:jlevi@levikorsinsky.com) or by telephone at (212) 363-7500. **There is no cost or obligation to you.**

According to the complaint, defendants provided investors with material information concerning PayPal's expected financial targets for 2027 alongside the growth trajectory for its core branded checkout segment ("Branded Checkout"). Defendants' statements included, among other things, confidence in PayPal's ability to capitalize on its growth potential through new initiatives to facilitate Branded Checkout growth both in the U.S. and internationally. Defendants provided these overwhelmingly positive statements to investors while, at the same time, disseminating materially false and misleading statements and/or concealing material adverse facts concerning the true state of PayPal's salesforce; notably, that it was not truly equipped to execute on the Company's perceived growth potential and were "too optimistic" as to how easily and expeditiously its staff could change customer adoption

On February 3, 2026, PayPal announced its financial results for the fourth quarter and full fiscal year 2025, unveiling disappointing earnings results with worsening performance in Branded Checkout. The Company also unveiled a sudden and surprising transition of its Chief Executive Officer role alongside the below-expectation results. PayPal further withdrew its 2027 financial targets provided one year before and announced projections that suggested a slowdown against those prior targets. PayPal attributed its results and lowered guidance to a combination of macroeconomic factors competition, and "operational and deployment issues" across all regions.

Following this news, the price of PayPal's common stock declined dramatically. From a closing market price of $52.33 per share on February 2, 2026, PayPal's stock price fell to $41.70 per share on February 3, 2026, a decline of about 20.31% in the span of just a single day.

"Our firm is committed to ensuring that investors receive full compensation for losses caused by corporate misrepresentations," said Joseph E. Levi, a partner at Levi & Korsinsky. "We encourage PYPL shareholders to step forward before the April 20, 2026 deadline so we can pursue justice on their behalf."

**If you suffered a loss in PYPL common stock, you have until April 20, 2026** to request that the Court appoint you as lead plaintiff. Your ability to share in any recovery doesn't require that you serve as a lead plaintiff.

**WHY LEVI & KORSINSKY:** Over the past 20 years, the team at Levi & Korsinsky has secured hundreds of millions of dollars for aggrieved shareholders and built a track record of winning high-stakes cases. Our firm has extensive expertise representing investors in complex securities litigation and a team of over 70 employees to serve our clients. For seven years in a row, Levi & Korsinsky has ranked in ISS Securities Class Action Services' Top 50 Report as one of the top securities litigation firms in the United States.

**CONTACT:**
Levi & Korsinsky, LLP
Joseph E. Levi, Esq.
Ed Korsinsky, Esq.
33 Whitehall Street, 27th Floor
New York, NY 10004
jlevi@levikorsinsky.com
Tel: (212) 363-7500
Fax: (212) 363-7171
www.zlk.com