UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA STAN,<br><br>        Plaintiff,<br><br>    v.<br><br>JAMES A. CHRISS, et al.,<br><br>        Defendants. | Case No.  26-cv-04330-EKL<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Jacqueline Scott Corley for consideration of whether the case is related to *In re: PayPal Branded Checkout Securities Litigation*, No. 26-cv-01589-JSC.

**IT IS SO ORDERED.**

Dated: June 5, 2026

_____
EUMI K. LEE
United States District Judge