Adam S. Hakki (appearance *pro hac vice*)
(adam.hakki@aoshearman.com)
ALLEN OVERY SHEARMAN STERLING US LLP
599 Lexington Avenue
New York, NY 10022
Tel: +1.212.848.4000

Lyle Roberts (appearance *pro hac vice*)
(lyle.roberts@aoshearman.com)
George Anhang (appearance *pro hac vice*)
(george.anhang@aoshearman.com)
1101 New York Ave., NW
Washington, D.C. 20005
Tel: +1.202.508.8108

Noah A. Brumfield (SBN 203653)
(noah.brumfield@aoshearman.com)
1460 El Camino Real, 2nd Floor
Menlo Park, CA 94025
Tel: +1.650.838.3600

*Counsel for Defendants PayPal Holdings, Inc., James Alexander Chriss, Jamie S. Miller, Frank Keller, and Suzan Kereere*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE PAYPAL BRANDED CHECKOUT SECURITIES LITIGATION | Master File No. 26-cv-01589-JSC<br><br>Consolidated Case No. 26-cv-02849-JSC<br><br>**DECLARATION OF LYLE ROBERTS IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS CONSOLIDATED AMENDED CLASS ACTION COMPLAINT**<br><br>Date: April 8, 2027<br>Time: 10:00 a.m.<br>Judge: Honorable Jacqueline Scott Corley<br>Courtroom: 8, 19th Floor |

I, Lyle Roberts, declare as follows:

1. I am admitted *pro hac vice* to practice before this Court in the above-captioned matter (the "Action"). I am partner at the law firm Allen Overy Shearman Sterling US LLP, which is counsel of record for Defendants PayPal Holdings, Inc., James Alexander Chriss, Jamie S. Miller, Frank Keller, and Suzan Kereere in the Action. I am familiar with and have personal knowledge of the pleadings and proceedings in the Action and the facts set forth in this declaration, and, if called to do so, I could and would testify competently thereto, except where my knowledge is based upon information and belief, and as to those matters, I understand and believe them to be true.

2. Pursuant to Civil Local Rules 7-2 and 7-5, I submit this declaration in support of the accompanying Motion to Dismiss the Consolidated Amended Class Action Complaint.

3. Attached as **Exhibit 1** is a true and correct copy of a January 25, 2024 Jefferies analyst report titled "*4Q Preview: When the Numbers Won't Change the Narrative*."

4. Attached as **Exhibit 2** is a true and correct copy of a July 17, 2024 Autonomous Research analyst report titled "*US Payments & Fintech – 2Q24 Preview*."

5. Attached as **Exhibit 3** is a true and correct copy of a corrected transcript of PayPal's Q2 2024 earnings call held on July 30, 2024, accessible on PayPal's website.[1]

6. Attached as **Exhibit 4** is a true and correct copy of a corrected transcript of PayPal's Q3 2024 earnings call held on October 29, 2024, accessible on PayPal's website.

7. Attached as **Exhibit 5** is a true and correct copy of relevant excerpts[2] of PayPal's 2024 Form 10-K, filed with the U.S. Securities and Exchange Commission (the "SEC") on February 4, 2025.

8. Attached as **Exhibit 6** is a true and correct copy of a transcript of PayPal's Q4 2024 earnings call held on February 4, 2025, accessible on PayPal's website.

---

[1] https://investor.pypl.com/home/default.aspx (last visited Oct. 28, 2026), for this and other references to PayPal's website herein.

[2] Defendants are providing excerpts of lengthy exhibits. Where excerpts are provided, Defendants will provide complete copies upon the Court's request.

9. Attached as **Exhibit 7** is a true and correct copy of a February 25, 2025 J.P. Morgan analyst report titled "*PayPal Investor Day Takeaways: Running to the Roar by Committing to Acceleration and Aiming to Grow at Least In-Line w/ E-Commerce*."

10. Attached as **Exhibit 8** is a true and correct copy of a transcript of PayPal's Investor Day held on February 25, 2025, accessible on PayPal's website.

11. Attached as **Exhibit 9** is a true and correct copy of a transcript of statements made at the Bank of America Securities Electronic Payments Symposium on March 18, 2025.

12. Attached as **Exhibit 10** is a true and correct copy of a transcript of PayPal's Q1 2025 earnings call held on April 29, 2025, accessible on PayPal's website.

13. Attached as **Exhibit 11** is a true and correct copy of a transcript of statements made at the J.P. Morgan Global Technology Conference on May 14, 2025.

14. Attached as **Exhibit 12** is a true and correct copy of a June 23, 2025 UBS analyst report titled "*Demystifying PayPal: Analyzing Branded Checkout (Online), P2P & Other Consumer, and PSP, alongside additional analysis (OVAS, Venmo, US market share, etc.)*."

15. Attached as **Exhibit 13** is a true and correct copy of a July 24, 2025 Morgan Stanley analyst report titled "*2Q25 Preview: Looking for Ongoing Progress on Key Initiatives*."

16. Attached as **Exhibit 14** is a true and correct copy of a transcript of PayPal's Q2 2025 earnings call held on July 29, 2025, accessible on PayPal's website.

17. Attached as **Exhibit 15** is a true and correct copy of a July 29, 2025 UBS analyst report titled "*PayPal Holdings, Inc. Q2 2025 Earnings Recap*."

18. Attached as **Exhibit 16** is a true and correct copy of a transcript of PayPal's Q4 2025 earnings call held on February 3, 2026, accessible on PayPal's website.

19. Attached as **Exhibit 17** is a true and correct copy of the PayPal Holdings, Inc. Q4 and FY 2025 Earnings Presentation titled "*PayPal 4Q & FY'25 Performance*," dated February 3, 2026, accessible on PayPal's website.

20. Attached as **Exhibit 18** is a true and correct copy of relevant excerpts of PayPal's 2025 Form 10-K filed with the SEC on February 3, 2026.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 28, 2026 in Washington, DC.

By: */s/ Lyle Roberts*
Lyle Roberts